**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br><br>            Plaintiff,<br><br>    v.<br><br>RODRIGUEZ,<br><br>            Defendant. | Case No. 1:24-cv-0285 JLT SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE THE CASE NAME AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET<br><br>(Doc. 19) |

Karlis Ruben Augustus Howard seeks to hold Defendant Rodriguez liable for a violation of his civil rights and negligence in this action. (*See* Doc. 16.) Plaintiff requests that the Court change the case name "to a … proper title such as *Howard v. Rodriguez*" because other individuals were terminated as defendants in the action, including Aylana Oliva Parks whose name was first on the list of defendants. (Doc. 19 at 2.) The Court construes this as a motion to update and correct the docket to reflect the terminated defendants. As Plaintiff asserts, the action proceeds only on his claims against Defendant Rodriguez, because his claims against all other defendants in this action were dismissed. (*See* Doc. 16.) Accordingly, the Court **ORDERS**:

1. Plaintiff's request to change the case name, which the Court construes as a motion to update and correct the docket (Doc. 19) is **GRANTED**.

///

///

2. The Clerk of Court is directed to update the docket and terminate all defendants <u>except</u> Defendant Rodriguez.

IT IS SO ORDERED.

Dated: __**September 16, 2024**__   _____
UNITED STATES DISTRICT JUDGE

2